

# Notice of Service of Process

HZC / ALL
**Transmittal Number: 21932311**
**Date Processed: 08/25/2020**

| | |
|---|---|
| **Primary Contact:** | Jim Plohg<br>Ashford<br>14185 Dallas Pkwy<br>Ste 1100<br>Dallas, TX 75254-4308 |
| **Electronic copy provided to:** | Lisa Salts<br>Sandra Dixon<br>Lugene Friedholm<br>Jim Cowen<br>Stephen Cole<br>Brandon Stewart |

| | |
|---|---|
| **Entity:** | Ashford Posada LP<br>Entity ID Number  3850697 |
| **Entity Served:** | Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort & Spa |
| **Title of Action:** | Peter Strojnik vs. Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort & Spa |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Santa Fe County District Court, NM |
| **Case/Reference No:** | D101CV202001751 |
| **Jurisdiction Served:** | New Mexico |
| **Date Served on CSC:** | 08/24/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Peter Strojnik<br>602-524-6602 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT B**

```
SUMMONS
```

| | |
|---|---|
| District Court: *First Judicial District* | Case Number: *D101CV 2020 01751* |
| *Santa Fe* County, New Mexico | |
| Court Address: *225 Montezuma Ave.* | |
| *Santa Fe, NM 87501* | Judge: **Matthew J. Wilson** |
| Court Telephone Number: *(505) 455 8250* | |
| Plaintiff(s): *Peter Strojnik* | Defendant *Ashford Posada LP* |
| v. *Ashford Posada LP* | Name: *dba La Posada de* |
| Defendant(s): *dba La Posada* | *Santa Fe a Tribute* |
| *de Santa Fe a* | Address: *Portfolio Resort & Spa* |
| | *c/o Corporation Services Co.* |
| *Tribute Portfolio Resort & Spa* | *123 Marcy St., Suite 101* |
| | *Santa Fe, NM* |

## TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1.    A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.    You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3.    You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.    If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.    You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.    If you need an interpreter, you must ask for one in writing.

7.    You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at: _____ **Santa Fe** _____, New Mexico, this **12th** day of **August**.
**2020** .

## KATHLEEN VIGIL

CLERK OF COURT

By: *Corinne S. Oñate*
Deputy

Attorney for Plaintiff or
~~Plaintiff pro se~~
Name: *Peter Strojnik*
Address: *7847 N Central Ave. Phoenix AZ 85020*
Telephone No.: *602 524 6602*
Fax No.:
Email Address: *PS @ strojnik.com*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

Rev. 12/31/14

**RETURN OF SERVICE**

Court: **STATE OF NEW MEXICO, COUNTY OF SANTA FE, FIRST JUDICIAL DISTRICT**

Case No.: **D101CV202001751**

Plaintiff: **Peter Strojnik**
vs.
Defendant: **Ashford Posada, L.P. dba La Posada De Santa Fe, a Tribute Portfolio Resort & Spa**

I, _____, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and that within the boundaries of the state were service was effected, I am authorized by law to perform said service.

Type of Process: **Summons and Complaint**

Defendant to be served: **Ashford Posada LP, c/o Corporation Service Company**

Address where attempted or served: **726 East Michigan Drive, Suite 101, Hobbs, NM 88240**

On _____ at _____, I ( ) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☐ CORPORATE SERVICE: By leaving a copy of this process with _____
(Title)_____, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with
_____ (Relationship)_____, a person residing therein who is the age of _____ years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2020.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex:_____ Race:_____ Hair:_____ Approx. Age:_____ Height:_____ Weight:_____

Comments: _____

Under penalties as provided by law pursuant to the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

FURTHER AFFIANT SAYETH NOT.

X_____

State of _____

_____
(Print Name)

County of _____

Subscribed and Sworn to before me on this

_____ day of _____, 20_____

_____
Signature of Notary Public

Job: 546917
File:

## RETURN[1]

STATE OF NEW MEXICO          )
                             )ss
COUNTY OF _____    )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

*(check one box and fill in appropriate blanks)*

[ ]   to the defendant _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

[ ]   to _____ *(name of person),* _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

Rev 12/31/14

_____

Signature of person making service

_____

Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____

Judge, notary or other officer
authorized to administer oaths

_____

Official title

Rev. 12/3/14